IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:11-cv-2-D

| THURMAN ALLEN, | ) |
| --- | --- |
| Plaintiff | ) |
| | ) |
| vs. | ) ORDER FOR |
| | ) DISMISSAL |
| MICHAEL J. ASTRUE, | ) PURSUANT TO |
| Commissioner of Social | ) FED. R. CIV. P. 41(a)(2) |
| Security | ) |
| Defendant | ) |

Pursuant to the Plaintiff's Motion and consent by the Defendant, this Court hereby orders that this case be dismissed with prejudice.

This the 11 day of May, 2011.

_____
United States District Court Judge